UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN EDWIN ERICKSON,

                Petitioner,

     v.

JEFFREY UTTECHT,

                Respondent.

Case No. C15-0985-RAJ

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's petition for writ of habeas corpus (Dkt. 4) is DENIED and this action is DISMISSED with prejudice;

    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all grounds for relief asserted in this federal habeas action; and

/ / /

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

1   (4)   The Clerk is directed to send copies of this Order to petitioner, to counsel for
2   respondent, and to the Honorable Mary Alice Theiler.
3   DATED this 24th day of May, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2